Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
3099 Coney Island Avenue, 3rd Floor
Brooklyn, NY 11235
Tel.: (718) 513-3145

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------X
In re:                                    Case No: 1-15-44176-ess
                                          Chapter 11

Mazor's Bakery LLC,                       **AFFIDAVIT OF PRINCIPAL**

        Debtor.
---------------------------------X
STATE OF NEW YORK)
                 ) ss.:
COUNTY OF KINGS  )

Isaac Mazor, being duly sworn, deposes and says:

1. I am the Principal/sole shareholder of Mazor's Bakery LLC, the Debtor herein, and as such, I am fully familiar with the facts and circumstances contained herein, the following is based on my personal knowledge.
2. There are no corporations which own 10% or more of any class of the Debtor's equity interest, hence there are no entities to report in this Affidavit.

_____
Isaac Mazor
Principal of Mazor's Bakery LLC.

Sworn and subscribed before me
On this 16th day of September 2015

_____
Notary Public

ALLA KACHAN
Notary Public, State of New York
No. 02KA6121528
Qualified in Kings County
Commission Expires May 20, 2017